No. 1055. ROBLEDO, DEMANDANTE Y APELADO, *v.* SOLÁ, DE
MANDADO Y APELANTE.—Apelación procedente de la Corte de
Distrito de Humacao. Moción de la parte apelada para que

se desestime la apelación. Resuelto en noviembre 18, 1913. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del apelado: *Sr. Carlos Travecier.* El apelante no compareció.

